Hillside Fluor Spar Mines, Appellee, v. Hartford Accident and Indemnity Company, Appellant.

Gen. No. 39,752.

opinion filed June 28, 1939; rehearing denied July 11, 1939. Wilson & McIlvaine, for appellant; J. F. Dammann and Sidney K. Jackson of counsel; Yowell & Langdon, for appellee. Opinion by Justice Friend. ''Not to be published in full.''